IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06 CR 1-2

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　v.<br><br>DARWIN TURNER,<br><br>　　　Defendant. | **ORDER**<br><br>**FILED UNDER SEAL** |

**THIS MATTER IS** before the Court on the United States' Motion to Stay Magistrate's Release Order, filed February 3, 2006. On February 3, 2006, Defendant was brought before Magistrate Judge Carl Horn, III for a detention hearing. At the conclusion of that hearing, the Magistrate Judge ordered Defendant released.

Pursuant to 18 U.S.C. § 3145(a)(1), this Court will stay the Magistrate Judge's release order pending a ruling by this Court on the Government's motion to revoke the release order.

**IT IS, THEREFORE, ORDERED** that the Government's motion to stay is hereby **GRANTED**, and the defendant shall be **DETAINED** until further order of this Court.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service, Defense Counsel, and the United States Attorney's Office.

　　　　　　　　　　　　　　　　Signed: February 7, 2006

　　　　　　　　　　　　　　　　Richard L. Voorhees
　　　　　　　　　　　　　　　　Chief United States District Judge