IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:06CR1-2-V

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>DARWIN TURNER, )<br>    Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on its own motion for purposes of vacating an oral order issued during open court on May 17, 2006.

It has been brought to the Court's attention that at the time of the Court's order, which allowed Defendant to be released on bond subject to certain conditions, a parole warrant issued by the State of Texas was outstanding. According to the U.S. Marshal's Service, the State of Texas notified their office of the outstanding warrant in February 2006. Apparently, neither the U.S. Attorney's Office nor defense counsel were aware of this fact at the time of the detention hearing.

For these reasons, the Court's oral order of May 17, 2006, is hereby **VACATED**. Defendant shall remain in custody pending sentencing or until further order of this Court.

Signed: June 29, 2006

Richard L. Voorhees
United States District Judge