# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:06-CR-001-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DARWIN LEWIS TURNER, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal First Step Act Motion" (Document No. 182) filed November 20, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Motion for Reduced Sentence under the First Step Act of 2018 contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal First Step Act Motion" (Document No. 182) is **GRANTED**, and Defendant's Motion for Reduced Sentence under the First Step Act of 2018 (Document No. 181) is sealed until further Order of this Court.

Signed: November 23, 2020

David C. Keesler
United States Magistrate Judge